UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL VALDEZ VELA,<br><br>Plaintiff,<br><br>v.<br><br>JUDGE JULET BOCCANE,<br><br>Defendant. | No. 1:20-cv-01150-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 5) |

Plaintiff Isabel Valdez Vela, proceeding pro se and *in forma pauperis*, initiated this action on August 17, 2020. (Doc. No. 1.)

On June 25, 2021, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action with prejudice based on plaintiff's failure to obey the court's order and failure to prosecute this action because plaintiff failed to timely file an amended complaint in response to the court's initial screening order. (Doc. No. 5.) Those findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen (14) days. (*Id.*) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the courts finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 25, 2021 (Doc. No. 5) are adopted in full;
2. This action is dismissed with prejudice based on plaintiff's failure to obey a court order and failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 22, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE